# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17CR1453-RAM |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Dylan James KING, | FILED |
| | OCT 30 2018 |
| Defendant. | CLERK, U.S. DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |
| | BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☐ of the offense(s) as charged in the Indictment/Information:

_____
_____
_____

Dated: 10/30/2018

_____
Hon. Robert A. McQuaid, Jr.
United States Magistrate Judge